IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 25- 48 |
| GERALD WALKER | (18 U.S.C. § 922(g)(1)) |

# INFORMATION

## COUNT ONE

The United States Attorney charges:

On or about October 24, 2024, in the Western District of Pennsylvania, the defendant, GERALD WALKER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely,

1) Firearm Not to be Carried Without a License, on or about March 16, 2017, at case number CP-02-CR-01791-2016, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania;

2) Cruelty to Animals, on or about August 4, 2016, at case number CP-02-CR-02866-2016, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania;

3) Receiving Stolen Property, on or about August 20, 2019, at Count 1 of case number CP-02-CR-02151-2019, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania;

4) Firearm Not to be Carried Without a License, on or about August 20, 2019, at Count 2 of case number CP-02-CR-02151-2019, in the Court of Common Pleas, County of

Allegheny, Commonwealth of Pennsylvania; and

        5)        Aggravated Cruelty to Animals – Causing Serious Bodily Injury or Death, on or about December 15, 2022, at case number CP-02-CR-02493-2022, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania;

knowingly possessed, in and affecting interstate commerce, a firearm, to wit, a FN model FNS 9C 9mm caliber pistol bearing serial number CSU 0063410.

        In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offense to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offense, including, but not limited to, a FN model FNS 9C 9mm caliber pistol bearing serial number CSU 0063410 and 9mm caliber ammunition.

_____
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

_____
MICHAEL R. BALL
Assistant United States Attorney
PA ID No. 209143